USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1754 UNITED STATES, Appellee, v. REXHEP GASHI, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. ____________________ James  L.  Sultan,  Ch arles W. Rankin and Rankin & Sultan on brief for appellant. Donald  K. Stern, United States Attorney, and Theodore B. Heinrich, Assistant U.S. Attorney, on brief for appellee. ____________________ November 18, 1997 ____________________ Per  Curiam.   Upon  careful review of the briefs and record, we  find  no  merit in defendant's contentions. To the contrary, as we read the sentencing transcript, the district court departed by two criminal history categories under U.S.S.G. S 4A1.3 and amply explained such departure by reference to the seriousness of defendant's conduct, his vacated Florida conviction, and his high risk of recidivism. We cannot say that the departure was unreasonable, and we perceive no abuse of discretion here. Affirmed. See 1st Cir. Loc. R. 27.1.  -2-